UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GONZALEZ,            ) | 1:06-CV-0377 AWI WMW HC |
|                                ) | |
|            Petitioner,         ) | ORDER REQUIRING PETITIONER TO |
|                                ) | SUBMIT A NEW CONSENT/DECLINE |
|      v.                        ) | FORM AS TO MAGISTRATE JUDGE |
|                                ) | JURISDICTION |
| L. E. SCRIBNER, WARDEN,        ) | |
|                                ) | |
|            Respondent.         ) | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254.

On March 22, 2006, petitioner filed a petition for writ of habeas corpus in the Central District of California, and the case was transferred and received in our Court on April 5, 2006.  On or about April 6, 2006,  the Clerk of the Court mailed a consent/decline form to petitioner, with information and instructions for informing the Court whether he would consent to Magistrate Judge Jurisdiction.  The form instructs the parties to "Check and Sign *ONLY ONE* Section of the Form," indicating a choice between "consent" or "decline" as to jurisdiction of the Magistrate Judge.  On April 28, 2006, petitioner returned the consent/decline form to the court; however, petitioner signed *BOTH* sections of the form.   At this time, the court shall require petitioner to complete a new consent/decline form and return it to the court.

Accordingly, petitioner is ORDERED to submit a new consent/decline form, telling the

1  Court whether he will consent to Magistrate Judge Jurisdiction.  Petitioner must complete and return
2  the new consent/decline form within thirty (30) days, signing **<u>ONLY ONE</u>** section of the form,
3  indicating a choice between "consent" and "decline."  Failure to follow this order will result in a
4  recommendation that this action be dismissed pursuant to Local Rule 11-110.
5       The Clerk of the Court is DIRECTED to send to petitioner another copy of the
6  consent/decline form and the instructions for consent to Magistrate Judge Jurisdiction.
7  IT IS SO ORDERED.
8  **Dated:    April 24, 2006**              **/s/  William M. Wunderlich**
   bl0dc4                         UNITED STATES MAGISTRATE JUDGE