IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GONZALEZ, | 1:06-CV-0377 AWI WMW HC |
| Petitioner, | ORDER VACATING REPORT AND RECOMMENDATION OF |
| vs. | JUNE 20, 2006 [Document #7] |
| L. E. SCRIBNER, Warden, | ORDER GRANTING APPLICATION TO |
| Respondent. | PROCEED IN FORMA PAUPERIS [Document #8] |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 20, 2006, the court submitted a report and recommendation to United States District Anthony W. Ishii to dismiss petitioner's case for failure to comply with the court's order for petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee, within thirty days. On the same date, June 20, 2006, petitioner filed his application to proceed in forma pauperis with a certified copy of his trust account statement.

Due to petitioner's submitted application to proceed in forma pauperis, the report and recommendation of June 20, 2006, shall be vacated. In addition, petitioner's application to

proceed in forma pauperis is GRANTED.

  In accordance with the above, IT IS HEREBY ORDERED that:

  1.  The report and recommendation of June 20, 2006, is VACATED; and

  2.  Petitioner's application to proceed in forma pauperis  is GRANTED.

IT IS SO ORDERED.

**Dated:** **July 5, 2006**       **/s/  William M. Wunderlich**
bl0dc4            UNITED STATES MAGISTRATE JUDGE